UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

v.                                                          CASE NO. 6:05-cr-85-Orl-22DAB

GERMAN MUNOZ CANOLA,

   Defendant.
_____

## ORDER

This matter is before the Court on the following motion:

**MOTION:**   Defendant's Motion to Reduce Sentence (Doc. No. 110, filed January 30, 2008).

Defendant complains about his place of confinement within the Federal Bureau of Prisons. Specifically, he asserts that the "facility is a concentration camp under the pretext of a federal contract facility that houses alien prisoners." (Doc. No. 110.) Defendant concludes by stating that he is "seeking a reduction of sentence because of the extreme conditions of incarceration." *Id.*

Defendant is not challenging his conviction or sentence, but instead is challenging the execution of his sentence. Such challenges are appropriately raised pursuant to 28 U.S.C. § 2241. *See Edwards v. United States*, 826 F. Supp. 423, 426 (M.D. Fla. 1993) ("While a § 2241 petition is the proper means to challenge the execution of a sentence or to

challenge confinement that is not the result of a criminal court's judgment, a § 2255 motion is generally the proper means to challenge the imposition or length of the detention.").[1]

Accordingly, it is **ORDERED** that the motion (Doc. No. 110) is **DENIED** without prejudice to allow Defendant to file a habeas petition pursuant to 28 U.S.C. § 2241 in the appropriate court.

**DONE AND ORDERED** at Orlando, Florida, this 6th day of March, 2008.

Copies to:
sc 3/5
German Munoz Canola

ANNE C. CONWAY
United States District Judge

---

[1] The Court notes that Defendant's allegations do not appear to be cognizable pursuant to 28 U.S.C. § 2255. A federal prisoner may only obtain relief under § 2255 if his sentence: (1) was imposed in violation of the Constitution or federal laws, (2) was imposed by a court without jurisdiction to do so, (3) was in excess of the maximum permitted by the law, or (4) is otherwise subject to attack. *See* 28 U.S.C. § 2255.